**John Ralston McLAIN, Appellant,**

v.

**Lcdr. Kenneth W. BARSTOW, Appellee.**

**No. 332, Docket 71-1800.**

United States Court of Appeals,
Second Circuit.

Argued Dec. 7, 1971.

Decided Dec. 9, 1971.

Karl Fleischmann, Satter, Fleischmann & Sherbacow, Hartford, Conn., for appellant.

Barry J. Cutler, Asst. U. S. Atty. (Stewart H. Jones, U. S. Atty. for District of Connecticut, of counsel), for appellee.

Before ANDERSON, OAKES and TIMBERS, Circuit Judges.

PER CURIAM:

We affirm the order of the district court upon the opinion of Judge Zampano dated June 21, 1971, 337 F.Supp. 1360.

**Russell J. ROTKO and Florence Rotko, Plaintiffs-Appellants,**

v.

**General Creighton B. ABRAMS, Individually and as Commanding General, U. S. Armed Forces in Vietnam, et al., Defendants-Appellees.**

**No. 423, Docket 71-1893.**

United States Court of Appeals,
Second Circuit.

Argued Jan. 10, 1972.

Decided Feb. 24, 1972.

Russell J. Rotko and Florence Rotko appeal from an order dismissing their complaint under the Federal Tort Claims Act and the Constitution.

Stanley Faulkner, New York City (Faulkner & Schmidt, New York City, Gruber & Turkel, Stamford, Conn., on the brief), for plaintiffs-appellants.

Morton Hollander, Atty., Department of Justice, Washington, D. C. (L. Patrick Gray, III, Asst. Atty. Gen., Robert M. Feinson, Atty., Department of Justice, Washington, D. C., and Stewart H. Jones, U. S. Atty., for the District of Connecticut, on the brief), for defendants-appellees.

Before MEDINA, KAUFMAN and TIMBERS, Circuit Judges.

PER CURIAM:

We affirm on the opinion of Judge Zampano below, reported at 338 F.Supp. 46 (D.Conn.1971).

**Robert B. RAGLAND, Plaintiff-Appellant,**

v.

**John A. VOLPE, as Secretary of Transportation, and Francis C. Turner, as Federal Highway Administrator, Defendants-Appellees.**

**No. 71-2464.**

United States Court of Appeals,
Fifth Circuit.

March 30, 1972.

Rehearing Denied April 26, 1972.

William H. Maness, Jacksonville, Fla., for plaintiff-appellant.

John L. Briggs, U. S. Atty., John D. Roberts, Asst. U. S. Atty., Jacksonville, Fla., for defendants-appellees.

Before TUTTLE, GEWIN and THORNBERRY, Circuit Judges.

PER CURIAM:

The judgment of the trial court is affirmed for lack of standing of the plaintiff. See Barlow v. Collins, 397 U.S. 159, 90 S.Ct. 832, 25 L.Ed.2d 192 (1970); Association of Data Processing Service Organizations, Inc. v. Camp, 397 U.S. 150, 90 S.Ct. 827, 25 L.Ed.2d 184 (1970).